IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRIAN ANDERSON | : |
| | : |
|    Plaintiff, | : |
| | : |
| v. | : Civil Action No: WDQ 11-cv-1188 |
| | : |
| THE RELIANCE STANDARD LIFE | : |
| INSURANCE COMPANY | : |
| | : |
| and | : |
| | : |
| THE APPTIS, INC. GROUP LONG TERM | : |
| DISABILITY PLAN | : |
| | : |
|    Defendants. | : |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Plaintiff, by and through counsel, in accordance with Rule 37 of the Federal Rules of

Civil Procedure and Local Rule 7of this Court, hereby moves to compel discovery in this matter

and, in so doing, states the following:

Grounds for the motion are set forth in the attached Memorandum of Points Authorities.

Respectfully submitted,


_____/s/_____
Scott B. Elkind, Bar 10810
Elkind & Shea
801 Roeder Rd., Ste. 550
Silver Spring, MD 20910
P: (301) 495-6665
F: (301) 565-5111
Attorney for Plaintiff