**TABLE OF CONTENTS**

| Heading | Page Number |
|---|---|
| ADMINISTRATIVE HISTORY | 1 |
| APPLICABLE LAW | 2 |
| PERTINENT DISCOVERY REQUESTS, ANSWERS, AND RESPONSES | 9 |
| *Interrogatories* | 10 |
| *Requests for Production of Documents* | 36 |
| CONCLUSION | 48 |