

Home | Company | Financial | Stock | Corporate | Contact

# [ Subsidiaries ]

- Matrix
- RSL
- SNCC
- Absence Solutions

Through our subsidiaries, we provide a variety of insurance coverages including short- and long-term disability, primary and excess workers' compensation, group life, and travel accident.

Delphi Financial Group's primary subsidiaries are:

**Matrix Absence Management, Inc.** (Matrix) is a service company that manages all programs that make payments to employees for absences through Matrix Absence Solutions. Regardless of funding mechanisms, the program integrates the delivery and administration of disability, workers' compensation, return-to-work services, and personal/family leave of absence programs into a seamless system.

**Reliance Standard Life Insurance Company** Reliance Standard Life Insurance Company (RSL) provides group coverage to employers as components of basic employee benefits programs. With over $130 billion of insurance in force, and assets of over $3 billion, RSL provides a full spectrum of innovative, high quality group insurance products to employers.

**Safety National Casualty Corporation** (SNCC) offers a range of alternative risk funding products for workers' compensation through independent insurance agents and brokers. Since 1942, the company has been a leading provider of excess workers' compensation coverage to self-insured employers and self-insured groups nationwide. Today, with the addition of Alternative Risk Financing Services and Large Deductible programs, SNCC has evolved into a versatile alternative market provider.

© 2009 Delphi Financial Group, Inc. All rights reserved.
Legal Information | Privacy Statement

**Reliance Standard: Who we are.**

**Reliance Standard Life Insurance Company** (Reliance Standard) is a leading insurance carrier specializing in innovative and flexible employee benefits solutions including disability income and group term life insurance, a suite of voluntary (employee paid) coverage options and fully integrated absence management. Reliance Standard markets these solutions through independent brokers and agents to employers of all sizes. Rated A (Excellent) by A.M. Best*, Reliance Standard began its centennial year in 2006.

Reliance Standard Life Insurance Company provides insurance products and services in all states (except New York), the District of Columbia, Puerto Rico and the U.S. Virgin Islands. In New York, insurance products and services are provided through First Reliance Standard Life Insurance Company, home office: New York, N.Y. Product availability and features may vary by state. It distributes its products through independent agents and brokers.

Reliance Standard Life Insurance Company is a wholly-owned subsidiary of Delphi Financial Group, Inc. (**NYSE:DFG**). Delphi is an integrated employee benefit services company. Delphi is a leader in managing all aspects of employee absence to enhance the productivity of its clients and provides the related insurance coverages: group life, long-term and short-term disability, excess workers' compensation for self-insured employers, travel accident and dental. Delphi's asset accumulation business emphasizes individual fixed annuity products. Delphi's common stock is listed on the New York Stock Exchange under the symbol DFG, the corporate website is www.delphifin.com.

**MATRIX**
Absence Management, Inc.
a DELPHI company

Home | Company | Services | Employers | Employees | Resources | Contact Us

### Matrix eServices

eServices is a secure web site designed for Employers, Brokers, and Employees to receive up to date claim information and reports online. <more>

### Matrix eReports

Matrix has developed a new reporting application. This implementation supports our corporate goals of "a paperless environment" and "Accessibility to Information for our Clients". <more>

To request access, contact your Account Manager.

### Industry News

For the latest industry related press releases and news articles, visit the Matrix Newsstand. <go>

*Matrix is a nationwide company partnering with employers to provide customized management of Disability, Workers' Compensation and Family Leave programs. We are the leader in Absence Management.*

**Contact Us**

Select One

### Quick Links

- Locate a Claims Office
- Contact a Sales Representative
- Matrix Client List
- Careers at Matrix

What's New?

11/12/2007 Matrix is releasing a version of eServices!!
www.matrixeservices.com

### Current Trends

- Paid Family Leave Management
- Nurse Case Management
- LSI Logic Case Study

© 2009 Matrix Absence Management, Inc. All rights reserved.
Legal Information | Privacy Statement

MATRIX
Absence Management, Inc.
a DELPHI company

Home | Company | Services | Employers | Employees | Resources | Contact Us

## [ Company Vision]

### Matrix Vision:

Throughout our history, Matrix has delivered high-quality service and leading edge technology to our clients. Our services have been designed to improve both bottom-line financial results and employee relations through superior service and expertise in disability management.

The nature of our services has evolved over time in response to client needs, legislative changes and the competitive marketplace. We have expanded our services to include Family Medical Leave Administration (FMLA), Personal Leave administration, 1-800 claim reporting services, and Human Resources Support Services (designed to alleviate much of the administrative burden associated with leave management).

As a wholly owned subsidiary of the Delphi Financial Group, through or sister companies, we are positioned to offer insured products, which in turn, provide clients with a variety of program funding mechanisms. Our specialty is designing programs that are consistent with the clients' business objectives and provide streamlined administration through a single service provider.

Our goal continues to be to manage employee absence from work through streamlined benefit delivery, simplified administration and reduced benefit cost. In addition, we work to reduce productivity losses companies suffer when their employees are out of work. All of our energies and resources focus on a single objective: a quantifiable payoff for employers in increased productivity, decreased benefit cost and happier employees.

Top

© 2009 Matrix Absence Management, Inc. All rights reserved.
Legal Information | Privacy Statement

# [ Representative Client List ]

### Automotive /Auto Leasing
AutoNation
Dollar Thrifty
Vanguard Car Rental

### Pharmaceuticals/ Biotech
Amgen
Berlex
Ciba Specialty
CV Therapeutics
Daiichi-Sankyo
Genentech
Par Pharmaceutical
Human Genome Sciences

### Communications
Discovery Communications

### Construction / Manufacturing
Anthony & Sylvan Pools
Bovis Construction
Draper Inc.
Fleetwood Enterprises, Inc.
Herrick
Integrated Electrical Services
Motorcoach

### Educational Institutes
Pace University
University of the Pacific
Western Michigan

### Financial Institutes
Janney Montgomery Scott
Popular Finance
Wilmington Trust

### Food/ Entertainment
California Pizza Kitchen
Leprino Foods
Premium Standard Farms
Regal Cinemas

### Healthcare
Aurora Healthcare
Children's Hospital of Philadelphia
University of Chicago Hospital
Virginia Mason Medical Center

### High Tech
Apple
Coherent
Electronic Arts
Integrated Device Technology
LSI Logic
Micron Technology
National Semiconductor
Novell, Inc
Oracle
Palm
Sun Microsystems

### Retail
Hy-Vee
Michael's Stores
Utilities
National Grid
Orlando Utilities
Trucking / Rental
RSC Equipment Rental
US Xpress

© 2009 Matrix Absence Management, Inc. All rights reserved.
Legal Information | Privacy Statement

MATRIX
Absence Management, Inc.
a DELPHI company

# [ Disability Management]

Statutory Plans

**Business and Employer Partner**

We draw upon the best resources to control claims from the onset, emphasizing a healthy return to work.

Matrix integrates all disability programs—insured or self-insured, statutory and voluntary, short-term and long-term—to achieve seamless service to you and your ill or injured employees regardless of the duration of their disability.

To better facilitate an employee' s recovery and timely return to work, these programs can also be integrated with our Workers' Compensation management program and Family Medical Leave and LOA programs. In addition, we can integrate Salary Continuance with STD, Statutory Disability and LTD. For the state of CA, we integrate with Paid Family Leave.

In those states that permit private plans and where self-insurance is desirable and feasible, we will provide guidance to the client regarding the implementation of a self-insured plan, including the preparation of employee communication, state application forms and regular reports for that state.

In those states that do not permit private plans, we will ensure that short-term plans that supplement statutory benefits are properly integrated to prevent overpayments. We administer self-insured plans in California, New York and New Jersey and can administer fully-insured plans in New York and New Jersey through 1stRSL and RSL respectively.

We make it simple for you and your employees

Matrix simplifies the administration of complex, fragmented and overlapping disability plans. We provide all the instructions and information needed to eliminate confusion and reduce hassle in an easy-to-understand format and in compliance with governmental requirements. We ensure accurate, timely benefit payments.

We believe the human touch reduces anxiety and establishes a rapport with the absent employee, helping facilitate an earlier return to work. Your employees will always have a designated claims examiner who is knowledgeable about your employees claim.

Duration Review

Our automated duration review system is an integral part of claims management at Matrix. Utilizing nationally recognized guidelines, this system provides us with a statistically valid data base on which to make claim management decisions as well as benchmark our client's duration experience. Further, it establishes a method to identify claims that require internal claims management intervention and medical case management.

Durations are based not only on diagnosis, but also the employee's age, gender, concurrent medical conditions, job functions and the treatment regimen and/or procedures being utilized by the medical provider. (For information on return-to-work services, please refer to the Nurse Case Management.)

Recovery Management

We keep recovery on track. We flag claims that fall outside of the parameters that we establish with you. Your claims team maintains contact with attending physicians and reviews each claim for extensions of disability. If necessary, we engage independent medical consultants to ensure that your ill or injured employee's recovery is progressing to a healthy Return-To-Work.

Our proprietary cross-reference system, identifies all other claims filed by the claimant with any Matrix client. This process targets fraud, as well as supports quality medical care by providing information on previous illnesses/injuries that could affect the patient's current condition.

Top

© 2009 Matrix Absence Management, Inc. All rights reserved.
Legal Information | Privacy Statement

HELLO my name is LEADER
ROLLOVER TO GET ACQUAINTED

Become a member | Log In
Portfolio | Forbes Magazine - Just $1.15/issue
Make Forbes.com My Home Page
Bookmark This Page

Forbes Attaché
Personalize Now!

Forbes.com
U.S. EUROPE ASIA

Search: Forbes.com Quotes Video Advanced
Symbol Quote
Welcome Google User
Here are more stories related to your search for delphi financial group stock price
HOME PAGE FOR THE WORLD'S BUSINESS LEADERS Free Trial Issue
• Gurus Shop For Value At Safeway
• Business Visionary: Tom Koulopoulos
See all related stories >
Minimize

Forbes.com Collector
Michael Jackson auction prices soar!

HOME BUSINESS TECH MARKETS ENTREPRENEURS LEADERSHIP PERSONAL FINANCE FORBESLIFE LISTS OPIN
Bonds Commodities Currencies Economic Calendar Economy Emerging Markets Equities Intelligent Investing Markets Brief

ADVERTISEMENT
Want to Trade Forex?
Click HERE for a FREE Tutorial!

## Delphi Financial Group, Incorporated Class A Common (NYSE: DFG) | At A Glance

**QUOTES & CHART**
At A Glance
Technical Charting
Ratios and Returns
Earnings Estimates

**COMPANY**
Executives
Corporate Events

**FINANCIALS**
Income Statement
Balance Sheet
Cash Flow
Accounting Risk
Buy/Hold/Sell Analysis

**NEWS**
Press Releases
Video
Web Results
Blog Mentions

**SEC FILINGS**
Latest SEC Filings
Insider Transactions
Insider Roster

**TRACKING TOOLS**
Get Free Report
Portfolio Tracker
Sign up Free!

Business owners, UNITE

$20.18
$0.110.55%
07/17/2009 6:40PM ET
BATS Exchange Real-Time Market Data by Xignite USD

1d 5d 1m 3m 6m 1y 2y 5y 10y Full
64.91
40.59
16.26
2005 2006 2007 2008 2009
07/16/04 to 07/17/09 | 28.10%
Add Annotation
Embed Chart
Show Articles
Show Annotations
View the full DFG chart at wikinvest Advanced Chart

Price and Chart delayed at least 15 mintues.

| | | | |
|---|---|---|---|
| Price | $ 20.18 | Change | 0.00 |
| Open | 0.00 | % Change | 0.0% |
| Prev Close | 20.18 | Volume | NA |
| Market Value | 894 mil | P/E Ratio | 24.3 |
| Bid | 19.25 | EPS | 0.83 |
| Ask | 21.08 | Dividend | 0.40 |
| High | 0.00 | Yield | 2.0 |
| Low | 0.00 | Shares Out | 44 mil |
| 52wk High | 38.50 | 52wk Low | 7.58 |
| Industry: Life Insurance | | | |
| Sector: Financial | | | |

- Thomson / IBES Earnings Estimates on DFG
- Accounting Risk
- Buy/Hold/Sell Analysis
- Forbes Investment Guru Commentary on DFG
- RSS News Feed on DFG

ADVERTISEMENT
To find out how we can help you succeed
Amway GLOBAL
CLICK HERE

Create your FREE Forbes Attaché
Attaché is your personalized sidekick
Watch your Stocks
Get your Industry News
View the most Relevant Stories
Follow your Sports Scores
Know the Weather
Gather your RSS Feeds
CREATE YOURS NOW

Forbes.com Stock Picking Community

Investor sentiment on DFG is 100% Bullish and 0% Bearish

Are You Bullish or Bearish on DFG?

**DFG Profile**

The Company, through its subsidiaries, provides integrated employee benefit services. It operates in two segments: Group Employee Benefit Products and Asset Accumulation Products.

**Delphi Financial Group A**
1105 North Market Street
Suite 1230, P.O. Box 8985 Wilmington, DE 19899
Phone: (302) 478-5142
Fax: (302) 427-7663
Web Site: www.delphifin.com

**DFG Wires Headlines**

No news found in the past 30 days.

More DFG From Wires Headlines >

**Forbes.com on DFG** RSS

No news found in the past 30 days.

**DFG Press Releases**

No press releases found in the past 30 days.

More DFG Press Releases >

**DFG Ratios & Returns**

| | |
|---|---|
| Price-to-sales | 0.69 |

**News by E-mail** Get stories by E-Mail on this topic FREE

**Companies**
Delphi Financial Group A

**Topics**
Life Insurance

Become a member FREE
Already a Member? Log In

Enter Username
Enter E-Mail Address
Select Your Title
Receive Special Offers?

FAQ | Terms, Conditions and Notices | Privacy Policy

Also available: E-Mail Newsletters | Software Finder

1d
5d
1m
3m
6m
1y
2y
5y
10y
Full
64.91
NEWS
NEWS
NEWS
NEWS
40.59
2005
2006
2007
2008
07/16/04 to 07/17/09 ↓ 28.10%
Add Annotation
Embed Chart
Show Articles
Show Annotations



1d 5d 1m 3m 6m 1y 2y 5y 10y Full

63.78

39.94

NEWS

NEWS

2008 2009

07/17/07 to 07/17/09 ↓ 50.07%

Add Annotation

Embed Chart

Show Articles

Show Annotations

 Print | Close this window

# UPDATE 1-Delphi Financial posts Q4 net loss

Wed Feb 11, 2009 5:11pm EST

* Q4 oper EPS of $0.35 misses est of $0.36

* Q4 net loss due to investment losses

* Q4 net invt. income falls, premium and fee income rises

Feb 11 (Reuters) - Employee-insurance provider Delphi Financial Group Inc (DFG.N: Quote, Profile, Research, Stock Buzz) posted a second straight quarterly loss as it was hit by investment losses.

For the fourth quarter, the company posted net loss of $1.5 million, or 3 cents a share, compared with a profit of $41.7 million, or 81 cents a share, last year.

The net loss included after-tax realized investment losses of $18.5 million, or 38 cents per share.

Operating earnings, which excludes investment gains and losses, were $17.0 million, or 35 cents a share.

Net investment income fell by $45.0 million to $ $22.4 million.

The fall was partly offset by a $25.2 million rise in premium and fee income to $356.8 million.

Shares of the company, which competes with Conesco Inc (CNO.N: Quote, Profile, Research, Stock Buzz), Stancorp Financial Group Inc (SFG.N: Quote, Profile, Research, Stock Buzz) and American Equity Investment Life Holding Co (AEL.N: Quote, Profile, Research, Stock Buzz), closed at $13.90 Wednesday on the New York Stock Exchange. (Reporting by Amiteshwar Singh in Bangalore; Editing by Anil D'Silva)

© Thomson Reuters 2009. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

Press Release

Source: A.M. Best Co.

# A.M. Best Affirms Ratings of Delphi Financial Group, Inc. and Its Subsidiaries; Revises Outlook to Negative

Monday December 22, 2008, 4:48 pm EST

OLDWICK, N.J.--(BUSINESS WIRE)--**A.M. Best Co.** has affirmed the issuer credit rating (ICR) of "bbb" of **Delphi Financial Group, Inc.** (Delphi Financial) (Wilmington, DE) [NYSE:DFG]. A.M. Best also has affirmed the financial strength rating (FSR) of A (Excellent) and ICRs of "a" of Delphi Financial's primary life insurance subsidiaries, **Reliance Standard Life Insurance Company** (Reliance Standard) (Chicago, IL) and **First Reliance Standard Life Insurance Company** (New York, NY). Additionally, A.M. Best has affirmed the FSR of A (Excellent) and ICRs of "a" of Delphi Financial's property/casualty subsidiaries, **Safety National Casualty Corporation** (SNCC) (St. Louis, MO) and **Safety First Insurance Company** (SFIC) (Chicago, IL), which operate as **Safety National Group**. Concurrently, A.M. Best has affirmed all debt ratings of Delphi Financial and **Reliance Standard Life Global Funding** (Illinois). The outlook of all ratings has been revised to negative from stable. (See below for a detailed listing of the companies and ratings.)

The revised outlook reflects A.M. Best's opinion that Delphi Financial's investment portfolio has exposure to sizable additional realized capital losses. Historically, Delphi Financial has had a more aggressive investment philosophy. Over the past year, investment losses have been incurred in its alternative assets portfolio, consisting of investments in limited partnerships and limited liability companies and its trading account. While Delphi Financial recently has decreased its holdings in these assets, it has increased its exposure to other risky asset classes such as Alt-A residential mortgage-backed securities, which A.M. Best views with caution given the current declining housing market. At third quarter 2008, the organization reported realized investment losses (including other than temporary impairments) of $33.7 million, mostly tied to its holdings in troubled banking and financial sectors, and unrealized losses of $282 million.

A.M. Best currently views the capital position for the organization as appropriate for its ratings. However, given the exposure to weaker performing, riskier assets at Reliance Standard, various investment affiliates and Delphi Financial, A.M. Best is concerned that Delphi Financial may report much larger realized capital losses in coming quarters, which would weaken its capital position both at the holding company and at Reliance Standard. Should this occur, A.M. Best would re-evaluate the organization's current ratings.

Reliance Standard has an established presence in the small to mid-sized employee benefit market, which focuses primarily on group disability income and life product offerings and has reported consistent premium growth in its book of business. The life/health operations have demonstrated favorable operating results, driven by strong persistency and a disciplined underwriting philosophy in a competitive market. Reliance Standard gains additional diversification through its growing asset accumulation business.

A.M. Best believes that Reliance Standard's core small case group disability and life products will likely encounter increasing competitive challenges as more carriers are beginning to focus on this market niche. Additionally, A.M. Best believes the company could experience deterioration in its short-term and long-term disability income products in the near term due to the economic recession. However, so far in 2008, its loss ratios have not shown any deterioration Reliance Standard continues to grow its voluntary disability sales in addition to the promotion of its limited benefit medical offering.

Safety National Group specializes in writing aggregate and specific excess workers' compensation coverages for self-insured employers and other alternative risk transfer products. The group also writes large deductible workers' compensation, primary workers' compensation and workers' compensation self-insured loss portfolio transfers. While the ratings assigned to Safety National Group reflect the solid operating performance and established presence with the excess workers' compensation market, the ratings also reflect the historical capital support received from its ultimate parent, Delphi Financial, as well as the commitment to provide ongoing support. However, the negative outlook assigned to Safety National Group reflects concern that Delphi Financial may have exposure to sizeable additional capital losses within its investment portfolio driven by holdings in higher risk asset classes, which could diminish its ability to provide capital support to the insurance subsidiaries, if necessary.

The indicative ratings on trust preferred securities to be issued by **Delphi Financial Trust I** has been adjusted down one notch to "bb+" from "bbb-", which is the same level as the preferred stock. This adjustment does not reflect any changes in the creditworthiness or the financial fundamentals of the organization. A.M. Best believes the additional notch better reflects the relative default probability and ultimate recovery of these securities given the industry's increasing financial leverage and reduced fixed charge coverage as well as the equity like characteristics of these instruments.

The ICR of "bbb" has been affirmed for **Delphi Financial Group, Inc.**

The following debt ratings have been affirmed:

**Delphi Financial Group, Inc.—**
-- "bbb" on $143.8 million 8% senior unsecured notes, due 2033
-- "bb+" on $175.0 million 7.376% fixed/floating rate junior subordinated debentures, due 2037

**Reliance Standard Life Global Funding—**"a" program rating
-- "a" on $65 million 5.625% medium-term notes (MTNs), due 2011
-- "a" on $35 million floating rate notes, due 2009

The following indicative ratings have been affirmed for debt securities available under the shelf registration:

**Delphi Financial Group, Inc.—**
-- "bbb" on senior unsecured debt
-- "bbb-" on subordinated debt
-- "bb+" on preferred stock

**Founded in 1899, A.M. Best Company is a global full-service credit rating organization dedicated to serving the financial and health care service industries, including insurance companies, banks, hospitals and health care system providers. For more information, visit** www.ambest.com.

Contact:

A.M. Best Co.
Analysts
Kathryn Steffanelli--L/H, 908-439-2200, ext. 5063
kathryn.steffanelli@ambest.com
or
Gordon McLean--P/C, 908-439-2200, ext. 5304
gordon.mclean@ambest.com
or
Public Relations
Jim Peavy, 908-439-2200, ext. 5644
james.peavy@ambest.com
or
Rachelle Morrow, 908-439-2200, ext. 5378
rachelle.morrow@ambest.com

Copyright © 2008 Business Wire. All rights reserved. All the news releases provided by Business Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials by posting, archiving in a public web site or database, or redistribution in a computer network is strictly forbidden.

Copyright © 2009 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback

Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Yahoo! is not an investment adviser and does not provide, endorse or review any information or data contained herein.