1

```
 1                                        VOLUME I
                                         PAGES 1-43
 2                                       EXHIBITS A-F

 3

 4
                        UNITED STATES DISTRICT COURT
 5                      EASTERN DISTRICT OF MICHIGAN

 6

 7      DAVID CLEVELAND,                  )
              Plaintiff,                  )
 8                                        )
        v.                                )    NO.   2:06-CV-13780
 9                                        )
        LIBERTY LIFE ASSURANCE COMPANY    )
10      OF BOSTON; COMPUWARE             )
        CORPORATION LONG TERM             )
11      DISABILITY PLAN,                  )
              Defendants.                 )
12

13

14

15                  DEPOSITION OF ROBERT WEINER, M.D., a

16      deponent in the above-entitled cause, taken before

17      Tracy A. Coffman, Notary Public in and for

18      Commonwealth of Massachusetts, pursuant to the

19      Massachusetts Rules of Civil Procedure, at the

20      Offices of Robert Weiner, M.D., 70 Carlton Street,

21      Brookline, Massachusetts, on Thursday, November 14,

22      2007, commencing at 11:03 a.m.

23

24
```

```
 1    APPEARANCES

 2
      M. Katherine Sullivan, Esquire
 3        ROSENFELD & RAFIK
          44 School Street
 4        Boston, MA 02108
          617-723-7470
 5        Counsel on behalf of David Cleveland.

 6

 7    Robert Zaffrann, Esquire
          DUANE MORRIS LLP
 8        470 Atlantic Avenue
          Boston, MA 02210
 9        857-488-4282
          Counsel on behalf of Liberty Life Assurance
10        Company.

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1              P R O C E E D I N G S

 2

 3              ROBERT WEINER M.D., first having

 4    been duly identified and sworn on oath,

 5    testifies as follows:

 6

 7    DIRECT EXAMINATION BY MS. SULLIVAN:

 8    Q.   I am Katherine Sullivan, and this deposition

 9         is being taken in a lawsuit by David

10         Cleveland against Liberty Life Assurance

11         Company of Boston and Compuware Corporation

12         Long Term Disability Plan.  I am appearing

13         professionally on behalf of Robert Rosati, I

14         would like to mark the notice and subpoena as

15         exhibit A.

16              (Exhibit No. A; so marked.)

17    Q.   Dr. Weiner, have you ever been deposed

18         before?

19    A.   Yes.

20    Q.   How many times?

21    A.   I would estimate more than 200 times.

22    Q.   Can I dispense with the usual admonitions?

23              MR. ZAFFRANN:   Sure.

24    Q.   Okay, Dr. Weiner, do you have your CV?
```

```
 1   A.   Yes.

 2   Q.   I would like to mark Dr. Weiner's CV as

 3        Exhibit B.

 4             (Exhibit No. B; so marked.)

 5   Q.   Dr. Weiner, in regard to your CV that you

 6        just handed to me and has been marked as

 7        Exhibit B, are there any corrections,

 8        additions, or changes to this CV?

 9   A.   No.

10   Q.   Okay, what percentage of your work involves

11        treating patients?

12   A.   About a third.

13   Q.   What percentage of your work involves

14        litigation related opinions?

15             MR. ZAFFRANN:   Objection.

16   A.   About a third.

17   Q.   How often do you get assignments from MLS

18        National Medical Evaluation Incorporated?

19   A.   I have not received requests for evaluations

20        this year.  In the year in question, 2005, I

21        received 12 requests for evaluations.

22   Q.   So you have prepared no reports for MLS this

23        year?

24   A.   Correct.
```

```
 1   Q.   Okay, and how many reports have you prepared
 2        for MLS in the past five years?
 3   A.   I did about 12 in 2006, and I don't know if I
 4        did any in 2004.
 5   Q.   And 2003?
 6   A.   I don't believe I have done any.
 7   Q.   And prior to that?
 8   A.   No.
 9   Q.   And in 2005, you said you did 12, is that
10        what I understand?
11   A.   Yes.
12   Q.   And 2006 was the same number?
13   A.   About the same, yes.
14   Q.   How often have you prepared reports for
15        Liberty Life Assurance Company?
16   A.   I would estimate that in a year's time, I
17        might do 15 reports, not specifically for
18        Liberty Mutual, because usually it would come
19        through one of the medical agencies, but it
20        would be a matter involving Liberty Mutual.
21   Q.   And that number 15, what is the time period
22        on that?
23   A.   I would estimate in a year's time.
24   Q.   In a year's time?
```

1   A.   As I say, it's a rough estimate, because I

2         don't get direct requests from Liberty

3         Mutual, it's usually from medical agency, and

4         of course the report goes back to the medical

5         agency, and I just happened to note, as I

6         prepared the report, who the insurer is, but

7         I don't keep track of it at all.

8   Q.   How many reports have you prepared for

9         Liberty this year?

10          MR. ZAFFRANN:   Objection.

11   A.   Again, it would be an estimate, perhaps 7 or

12         8.

13   Q.   And in the past five years?

14   A.   As a total, I would say perhaps 70 or 80 in a

15         five-year period, but again, I have to say,

16         this is not something I have kept track of.

17   Q.   Okay, attached to Exhibit A was an Attachment

18         A requesting that you produce certain

19         documents.  So, as to number one, all

20         billings which you submitted to MLS

21         Evaluation Inc., and or liberty Life, it's

22         subsidiaries and affiliates, for services

23         rendered in 2004 and 2005, do you have

24         documents?

```
 1   A.   No, I don't, what I did do was to look up the

 2        patients that I saw for MLS medical

 3        evaluations in the calendar year 2005, and

 4        added up the billings for 2005, which came to

 5        $8,218.

 6   Q.   Do you have a document that reflects that

 7        amount?

 8   A.   It's just in my receipt book.

 9   Q.   So do you have billings which you submitted

10        to MLS?

11   A.   I submitted billings, and then received

12        payment that I noted in my cashbook, and I

13        used the cashbook to add up what the billings

14        were for those individuals that I saw for MLS

15        medical evaluations.

16   Q.   So if you submitted billings, where are those

17        billings now?

18   A.   Well, I could, I suppose, pull the records

19        and get the bill from the records.

20   Q.   So they do exist?

21   A.   Yes, they do.

22   Q.   Okay?

23   A.   As part of the chart of the patient.

24   Q.   I would request that those be produced as
```

1                     UNITED STATES DISTRICT COURT FOR MICHIGAN

2                            FOR THE EASTERN DISTRICT

3        - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

4        DAVID CLEVELAND,

5                         Plaintiff,

6                  -vs-                        Case No. 06-13780
         A
7        LIBERTY LIFE ASSURANCE COMPANY
         OF BOSTON; COMPUWARE CORPORATION
8        LONG TERM DISABILITY PLAN,

9                         Defendants.

10       - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

11

12                         Examination of DIANNE ZWICKE, M.D., taken at

13       the instance of the Plaintiff, under and pursuant to

14       Federal Rules of Civil Procedure, pursuant to subpoena,

15       before SHEILA K. FAIRCHILD, Court Reporter and Notary

16       Public in and for the State of Wisconsin, at St. Luke's

17       Medical Center, 2801 West Kinnickinnic Parkway, Suite 777

18       Milwaukee, Wisconsin, on the 13th day of November, 2007,

19       commencing at 8:31 a.m. and concluding at 9:49 a.m.

20

21

22

23

24

25

4

```
1    A    Yes.

2    Q    That we will get to at a later time.  Have you ever

3         been deposed before?

4    A    Yes.

5    Q    About how many times?

6    A    Ever in my life?

7    Q    Yes.

8    A    40 or 50 times.

9    Q    Okay.  And then do you know-- you've been given many

10        times instructions on depositions to wait until the

11        whole question is given.  You have to answer yes or

12        no, and if you don't understand something, you just

13        say that; is that correct?

14   A    Correct.

15   Q    All right.  Now, did you bring your CV with you?

16   A    Yes.

17             MR. MEYEROFF:  I guess we can mark that as

18        Exhibit 3.

19             (Exhibit No. 3 was marked.)

20   BY MR. MEYEROFF:

21   Q    Are there any corrections or additions you'd like to

22        make to your CV?

23   A    Not at this time that I'm aware of.

24   Q    What percentage of your work involves treating

25        patients as opposed to the other part I'm going to
```

| | | |
|---|---|---|
| 1 | | get into is litigation related opinions? |
| 2 | A | Okay.  Can I ask a question so I can answer |
| 3 | | correctly? |
| 4 | Q | Sure. |
| 5 | A | Is treating patients reading echos, doing stress |
| 6 | | tests?   I mean, it's still direct or indirect |
| 7 | | contact.  Is the question medical practice versus |
| 8 | | medical legal consulting? |
| 9 | Q | Yes. |
| 10 | A | Okay.  I would say that 90 percent of my practice is |
| 11 | | treating patients and 10 percent is medical/legal. |
| 12 | Q | On the average, how many days do you spend in the |
| 13 | | office per week seeing and treating patients? |
| 14 | A | Five days a week. |
| 15 | Q | And that would be five days out of five working days? |
| 16 | A | Yes. |
| 17 | Q | On the average, how many days do you spend at the |
| 18 | | hospital each week attending to patients? |
| 19 | A | A portion of every day plus on-call days.  I see |
| 20 | | patients every day of the week in the office.  A |
| 21 | | portion of the day I see patients every day a |
| 22 | | portion. |
| 23 | Q | How many hours per week do you spend preparing legal |
| 24 | | medical opinions? |
| 25 | A | It varies from week to week, anywhere from two hours |

6

1              a week to 15 hours a week.

2     Q     And on the average, how many hours per month do you

3              spend preparing legal medical opinions?

4     A     Multiple of that times four.  It varies from week to

5              week.  If there is a trial going on, it's a greater

6              amount.  If it's the end of the year and everyone is

7              cleaning off their desk at Thanksgiving, then it's

8              more.  If it's the rest of the year, then it's less.

9     Q     How often do you get assignments from MLS/National

10           Medical Evaluations, Inc.?

11    A     I'd say probably about averaging two a week.

12    Q     How many reports have you prepared for MLS this year?

13    A     I didn't count them, but I would say this year would

14           be about two a week, would be my best estimate.

15    Q     So you would say about a hundred?

16    A     Probably.

17    Q     How many reports have you prepared for MLS in the

18           past five years?

19    A     I have no idea.  The volume from them starts low and

20           increases.  I would guess that I probably have been

21           doing cases for them for about five years.

22    Q     Are you just about as busy with them now as you say

23           you were four years ago or five years ago?

24    A     No.  It's busier now.

25    Q     So if you prepared a hundred this year and you were

10

| | | |
|---|---|---|
| 1 | Q | And nothing from Liberty? |
| 2 | A | Correct. |
| 3 | Q | And 2005? |
| 4 | A | $31,433.25 from MLS. |
| 5 | Q | Say that amount again. |
| 6 | A | $31,433.25. |
| 7 | Q | So you had over 10 times as much fees from MLS in |
| 8 | | 2005 than you did in 2004? |
| 9 | A | If that's what the mathematical formula is. |
| 10 | Q | All right.  I take it you had no revenue from Liberty |
| 11 | | in 2004 and 2005? |
| 12 | A | Correct. |
| 13 | Q | Number 4 is all correspondence memoranda from MLS, |
| 14 | | its subsidiaries and affiliates regarding MLS and |
| 15 | | Liberty's request that you review David Cleveland's |
| 16 | | case, including all copies of documentation which |
| 17 | | were provided, including, but not limited to, copies |
| 18 | | of medical records, summaries of any medical files, |
| 19 | | other physician or consultants' opinions, copy of the |
| 20 | | policy or summary plan description, definitions of |
| 21 | | disability, Social Security award applicable to |
| 22 | | Mr. Cleveland's case.  Did you bring that with you? |
| 23 | A | No because I don't have that.  That's over two years |
| 24 | | ago.  It would have been shredded.  I have my report |
| 25 | | from September 22, 2005.  That's all. |

```
 1    Q    I believe you previously testified that you started

 2         working for them in about 2004, 2005.  So if you

 3         prepared 10 in 2004 and 50 to 60 in 2005, would it be

 4         fair to say you have prepared something around like

 5         70 or 80 reports for them since you first started

 6         working for them?

 7    A    If that was the number for 2005, I'd say the volume

 8         has been fairly stable, so I would just do a multiple

 9         of that 50, 60, on average--

10    Q    I misspoke.  My question would have been right if you

11         stopped working for them in 2005, but you have

12         continued working for them, correct?

13    A    Correct.

14    Q    Has the rate for 2006 and 7 remained at about the

15         same rate you were working for them in 2005?

16    A    I believe so.  I think we're doing about the same

17         amount.

18    Q    Now, in those reports that you have prepared for MLS,

19         how many times did you conclude the claimant was able

20         to work?

21    A    I don't collect that kind of data because I don't

22         have any use for that, but to give my best estimate,

23         I would say 10 to 20 percent would be that the

24         claimant can't work and about 80 to 90 percent that

25         there is some work capacity at some level.  That
```

About Us | Contact Us | 888.657.4634



Home    Company    Services    Submit Referral    e-C@se Login    Links    Search

Company

Services

Submit Referral

e-C@se Login

Links

Medical Reference



MANAGER

**News & Events**

**MLS Earns URAC Accreditation.**

MLS Group of Companies
29000 Inkster Road
Southfield, MI 48034
888.657.4634

IME
Peer Review
FMLA
FCE

referrals@mls-ime.com



ACCREDITED
INDEPENDENT REVIEW
ORGANIZATION

## About Us

The MLS Group of Companies is the leading provider of Independent Medical Evaluations, Peer Review Services, and Functional Capacity Evaluations. We have developed a qualified network of health care professionals throughout the United States. The MLS Group of Companies is recognized for our experience and commitment to providing exceptional client service, credible medical assessments, and offering cutting edge technology. A trademark of the MLS Group is the extensive involvement of all medical staff, coordinators, administrative staff and senior management. We provide efficient, cost-effective service by selecting team members with appropriate skills and experience to handle the needs of all parties involved.



Copyright © 2009 MLS National Group of Companies | Site Map | Privacy Policy



Home      Company      Services      Submit Referral      e-C@se Login      Links      Search

**Independent Medical Evaluations**

Peer Review

Functional Capacity Evaluations

FMLA

Submit Referral

e-C@se Login

Medical Reference



MANAGER

News & Events

MLS Earns URAC Accreditation.

MLS Group of Companies
29000 Inkster Road
Southfield, MI 48034
888.657.4634

IME
Peer Review
FMLA
FCE

referrals@mls-ime.com



ACCREDITED
INDEPENDENT REVIEW
ORGANIZATION

# Independent Medical Evaluations

Independent Medical Evaluations (IMEs) – Comprehensive medical evaluation performed by a qualified and experienced medical professional.  The purpose of this evaluation is to obtain an independent, objective opinion of the claimant's current status of disability, functionality, prognosis, impairment, causality, treatment, maximum medical improvement, pre-injury status, and/or employability.  MLS services insurance carriers, third-party administrators, employers and risk managers, with an IME product that meets unique and specific service standards.

MLS's mission for Independent Medical Examinations is to provide:

**Qualified and Credible Physicians** – To provide the assurance that the physician and allied health professional being utilized within the IME provider network has the appropriate licensure and certifications verified through primary source verification, consistent with URAC standards.

**Timely Service** -- A workflow process that ensures prompt and accurate scheduling and reporting services unparalleled in the marketplace.

**Quality Reports** – Reports generated by the Independent Medical Examiner expressing medical opinions and assessments in an accurate, objective, comprehensive and timely fashion.  This is ensured by MLS's Quality Review process overseen by our Medical Director.

**Technology** -- MLS's standard setting information system used to guide workflow specific to client needs and requirements and providing users with a Web-based application and access to a paperless environment.

**On-Site Service** -- On-site service provided by MLS Client Service Representatives available at a local and regional level to provide on-site service to help facilitate questions and/or provide administrative duties.

Copyright © 2009 MLS National Group of Companies | Site Map | Privacy Policy

1  Laurence F. Padway (SBN: 083914)
   Karen K. Wind (SBN: 124852)
2  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Phone: (510) 814-0680
4  Fax: (510) 814-0650

5  Attorneys for Plaintiff,
   PATRICIA WHITE

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRICIA WHITE,                       No. CV-10-1855 BZ

12

13            Plaintiff,                 DECLARATION OF
                                         LAURENCE F. PADWAY
14        vs.

15 COBLENTZ, PATCH, DUFFY
   AND BASS, LLP LONG TERM
16 DISABILITY INSURANCE PLAN,

17            Defendant.
                                    /    Honorable Bernard Zimmerman
18 THE PRUDENTIAL INSURANCE
   COMPANY OF AMERICA,
19

20            Real Party In Interest.
                                    /
21

22        I, Laurence F. Padway, hereby declare under penalty of perjury that:

23

24        1. I am one of the attorneys for plaintiff.

25

26        2. I attach as exhibit 1 supplemental documents received from Defendants bate

27 stamped DSUPP 1-40, which consist of the following materials, all of which have been claimed by

28 the producing party to be "confidential" under the protective order filed March 18, 2011.

Dec. L. Padway                          1

1        3. Pages 1 to 8 show the payments made by Prudential Insurance Company of

2  America to MLS National Medical Evaluation Services for the years 2006-2009 as follows:

3

4        2006           No records produced

5        2007           $1,818,725.

6        2008           1,905,709.

7        2009           1,234,063.

8

9        4. Pages 9 - 17 show payments made by Prudential Insurance Company of America to

10  MES Medical Evaluation Specialists as follows:

11

12        2006           5,575

13        2007           650

14        2008         369,031

15        2009        400,992

16

17        5. In the case of both companies, the exhibits are relatively illegible.  Moreover, there

18  are multiple forms for some years and no explanation for this has been provided. However, the

19  summary in paragraphs 3 and 4 above show the totals shown paid to the respective companies in the

20  respective years, as best as I can make out from the documents.

21

22        6. Pages 18-34 appear to be a copy of the contract between Dr. Trenton Gause and

23  MLS Medical Evaluation Services.  The important points about the contract are:

24

25        A. On page DSUPP 21, the fees paid to Dr. Gause have been removed.  To the

26  extent that a fee of $200 implies one level of review where a fee of $1000 implies a more thorough

27  review, the information on how much Dr. Gause receives per review has been redacted.  It is

28  important to note that Dr. Gause is paid on a "per review" basis, so that a more complicated case with

    a large number of records is paid at the same rate as a less complicated case with few records.

1    B. MLS is authorized to affix the signature of Dr. Gause to reports. DSUPP 32.

2 Accordingly, the mere fact that the signature of Dr. Gause appears on the report does not bear the

3 same type of quality assurance that is implied when the author of a document affixes his signature

4 personally in part as a representation that he has read, reviewed and considered the report.

5

6    C. A review of the "Peer Review" order which appears at DSUPP 35, instructs

7 Dr. Gause to avoid any "opinions" and limit himself considering and reciting "medical evidence,"

8 which appears to exclude pain.

9

10

11

12    Execute this 30th day of March, 2011, at Alameda, California.

13

14

15    /s/ Laurence F. Padway
     Laurence F. Padway

16

17

18

19

20

21

22

23

24

25

26

27

28

# TAX STATEMENT: COPY B FOR RECIPIENT/PARTICIPANT

PRUDENTIAL INSURANCE CO OF AMERICA
PRUDENTIAL AP
P.O. BOX 560488
CHARLOTTE, NC 28256-0489

09/18/10    X180020   X180020    013   DNM
Department of the Treasury - Internal Revenue Service

PAYER'S FEDERAL I.D. NO.
22-1211670

MLS NATIONAL MEDICAL EVALUATION SERVICES
SERVICES
25792 TELEGRAPH ROAD
SOUTHFIELD MI 48034

RECIPIENT'S IDENTIFICATION NUMBER
38-3341904

2007 1099-MISC  MISCELLANEOUS INCOME  OMB# 1545-0115

| BOX 1 RENTS | BOX 3 OTHER INCOME | BOX 4 FEDERAL INCOME TAX WITHHELD | BOX 6 MEDICAL AND HEALTH CARE PAYMENTS | BOX 7 NONEMPLOYEE COMPENSATION | BOX 16 STATE TAX WITHHELD |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $1,717,476.15 | $0.00 | $0.00 |

# ACCOUNT/CONTRACT NUMBER: 291825   0013905847
FOR QUESTIONS CALL:  1-800-370-6122
BOX 17 STATE/PAYER'S STATE NUMBER:  MI/ME0100799

1099-MISC CAN REPORT: MEDICAL SERVICES; ADDITIONAL INCOME PAID FOR: CUSTOMER SETTLEMENTS, SERVICES (RENT, JANITORIAL, BUILDING MANAGEMENT, ETC.); COMMISSIONS NOT INCLUDED ON W-2; OTHER

Please Note:    # INDICATES YOUR ACCOUNT, POLICY OR CONTRACT NUMBER.
REISSUED STATEMENT

1099INT; 1099MISC:
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

CONFIDENTIAL

**TAX STATEMENT: COPY B FOR RECIPIENT/PARTICIPANT**

PRUDENTIAL INSURANCE CO OF AMERICA
PRUDENTIAL AP
P.O. BOX 650488
CHARLOTTE, NC 28266-0488

03/18/10    X150020   X190020    013   DNM
Department of the Treasury - Internal Revenue Service

PAYER'S FEDERAL I.D. NO.
22-1211670

MLS NATIONAL MEDICAL EVALUATION SERVICES
SERVICES
25755 TELEGRAPH ROAD
SOUTHFIELD MI 48034

RECIPIENT'S IDENTIFICATION NUMBER
38-3341904

**2009 1099-MISC, MISCELLANEOUS INCOME** OMB# 1545-0115

| BOX 1 RENTS | BOX 3 OTHER INCOME | BOX 4 FEDERAL INCOME TAX WITHHELD | BOX 6 MEDICAL AND HEALTH CARE PAYMENTS | BOX 7 NONEMPLOYEE COMPENSATION | BOX 16 STATE TAX WITHHELD |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $238,872.00 | $0.00 | $0.00 |

# ACCOUNT/CONTRACT NUMBER: 221626   0019900308
FOR QUESTIONS CALL: 1-800-370-4122
BOX 17 STATE/PAYER'S STATE NUMBER: MIME0100768

1099-MISC OAN REPORT: MEDICAL SERVICES: ADDITIONAL INCOME PAID FOR: CUSTOMER SETTLEMENTS; SERVICES (RENT,
JANITORIAL; BUILDING MANAGEMENT; ETC.); COMMISSIONS NOT INCLUDED ON W-2; OTHER

**Please Note:** # INDICATES YOUR ACCOUNT, POLICY OR CONTRACT NUMBER

**REISSUED STATEMENT**

1099NT) 1099MISCB
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if
this income is taxable and the IRS determines that it has not been reported.

CONFIDENTIAL

DSUPP 000002

## TAX STATEMENT: COPY B FOR RECIPIENT/PARTICIPANT

PRUDENTIAL INSURANCE CO OF AMERICA
GROUP INSURANCE - PREMIUM ACCOUNTING
PO BOX 70190
PHILADELPHIA, PA 19176

05/18/10   X076087   X076087   188   DNM
Department of the Treasury - Internal Revenue Service

| PAYER'S FEDERAL I.D. NO. |
|---|
| 22-1211670 |

MLS NATIONAL MEDICAL EVALUATIONS, INC.
29792 TELEGRAPH ROAD
SOUTHFIELD MI 48034

| RECIPIENT'S IDENTIFICATION NUMBER |
|---|
| 38-3341804 |

### 2009 1099-MISC, MISCELLANEOUS INCOME  OMB# 1545-0115

| BOX 1 RENTS | BOX 3 OTHER INCOME | BOX 4 FEDERAL INCOME TAX WITHHELD | BOX 6 MEDICAL AND HEALTH CARE PAYMENTS | BOX 7 NONEMPLOYEE COMPENSATION | BOX 16 STATE TAX WITHHELD |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $470,343.30 | $0.00 | $0.00 |

# ACCOUNT/CONTRACT NUMBER: 10028431
FOR QUESTIONS CALL: 1-866-648-2225
BOX 17 STATE/PAYER'S STATE NUMBER: MI/ME0100766

1099-MISC CAN REPORT: MEDICAL SERVICES; ADDITIONAL INCOME PAID FOR: CUSTOMER SETTLEMENTS, SERVICES (RENT, JANITORIAL, BUILDING MANAGEMENT, ETC.); COMMISSIONS NOT INCLUDED ON W-2; OTHER

| $0.00 | $0.00 | $0.00 | $16,697.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

# ACCOUNT/CONTRACT NUMBER: 10028390
FOR QUESTIONS CALL: 1-866-648-2225
BOX 17 STATE/PAYER'S STATE NUMBER: MI/ME0100766

1099-MISC CAN REPORT: MEDICAL SERVICES; ADDITIONAL INCOME PAID FOR: CUSTOMER SETTLEMENTS, SERVICES (RENT, JANITORIAL, BUILDING MANAGEMENT, ETC.); COMMISSIONS NOT INCLUDED ON W-2; OTHER

| $0.00 | $0.00 | $0.00 | $745,923.76 | $0.00 | $0.00 |
|---|---|---|---|---|---|

# ACCOUNT/CONTRACT NUMBER: 10026359
FOR QUESTIONS CALL: 1-866-648-2225
BOX 17 STATE/PAYER'S STATE NUMBER: MI/ME0100766

1099-MISC CAN REPORT: MEDICAL SERVICES; ADDITIONAL INCOME PAID FOR: CUSTOMER SETTLEMENTS, SERVICES (RENT, JANITORIAL, BUILDING MANAGEMENT, ETC.); COMMISSIONS NOT INCLUDED ON W-2; OTHER

---

Please Note:    # INDICATES YOUR ACCOUNT, POLICY OR CONTRACT NUMBER.
REISSUED STATEMENT

1099INT; 1099MISC:
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.
B-CR05408: The information in Boxes 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 is being furnished to the Internal Revenue Service.

CONFIDENTIAL                                    DSUPP 000003

# TAX STATEMENT: COPY B FOR RECIPIENT/PARTICIPANT

PRUDENTIAL INSURANCE CO OF AMERICA
GROUP INSURANCE - PREMIUM ACCOUNTING
PO BOX 70190
PHILADELPHIA, PA 19176

03/18/10    X075087    X075087    185    0NM
Department of the Treasury - Internal Revenue Service.

| PAYER'S FEDERAL I.D. NO. |
|---|
| 22-1211670 |

MLS NATIONAL MEDICAL EVALUATIONS, INC.
25742 TELEGRAPH ROAD
SOUTHFIELD MI 48034

| RECIPIENTS IDENTIFICATION NUMBER |
|---|
| 38-6341904 |

2008 1099-MISC, MISCELLANEOUS INCOME  OMB# 1545-0115

| BOX 1 RENTS | BOX 3 OTHER INCOME | BOX 4 FEDERAL INCOME TAX WITHHELD | BOX 6 MEDICAL AND HEALTH CARE PAYMENTS | BOX 7 NONEMPLOYEE COMPENSATION | BOX 16 STATE TAX WITHHELD |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $489,499.88 | $0.00 | $0.00 |

# ACCOUNT/CONTRACT NUMBER:  10026431
FOR QUESTIONS CALL:  1-866-648-2226
BOX 17 STATE/PAYER'S STATE NUMBER:  MI/ME0100768

1099-MISC CAN REPORT: MEDICAL SERVICES; ADDITIONAL INCOME PAID FOR: CUSTOMER SETTLEMENTS, SERVICES (RENT, JANITORIAL, BUILDING MANAGEMENT, ETC.); COMMISSIONS NOT INCLUDED ON W-2; OTHER

| $0.00 | $0.00 | $0.00 | $22,550.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

# ACCOUNT/CONTRACT NUMBER:  10026380
FOR QUESTIONS CALL:  1-866-648-2226
BOX 17 STATE/PAYER'S STATE NUMBER:  MI/ME0100768

1099-MISC CAN REPORT: MEDICAL SERVICES; ADDITIONAL INCOME PAID FOR: CUSTOMER SETTLEMENTS, SERVICES (RENT, JANITORIAL, BUILDING MANAGEMENT, ETC.); COMMISSIONS NOT INCLUDED ON W-2; OTHER

| $0.00 | $0.00 | $0.00 | $1,154,788.35 | $0.00 | $0.00 |
|---|---|---|---|---|---|

# ACCOUNT/CONTRACT NUMBER:  10026389
FOR QUESTIONS CALL:  1-866-648-2226
BOX 17 STATE/PAYER'S STATE NUMBER:  MI/ME0100768

1099-MISC CAN REPORT: MEDICAL SERVICES; ADDITIONAL INCOME PAID FOR: CUSTOMER SETTLEMENTS, SERVICES (RENT, JANITORIAL, BUILDING MANAGEMENT, ETC.); COMMISSIONS NOT INCLUDED ON W-2; OTHER

---

Please Note:  # INDICATES YOUR ACCOUNT, POLICY OR CONTRACT NUMBER.
RE/SSUED STATEMENT

1099INT; 1099MISC:
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.
EFDR1054081 The information in Boxes 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 is being furnished to the Internal Revenue Service.

**CONFIDENTIAL**                                          **DSUPP 000004**

# TAX STATEMENT: COPY B FOR RECIPIENT/PARTICIPANT

PRUDENTIAL INSURANCE CO OF AMERICA
GROUP INSURANCE - PREMIUM ACCOUNTING
PO BOX 70180
PHILADELPHIA, PA 19176

03/18/10    X075087    X075087    186    W9D
Department of the Treasury - Internal Revenue Service

| PAYER'S FEDERAL I.D. NO: |
|---|
| 22-1211870 |

MLS NATIONAL MEDICAL EVALUATIONS, INC.
24792 TELEGRAPH ROAD
SOUTHFIELD MI 48034

| RECIPIENT'S IDENTIFICATION NUMBER |
|---|
| 38-3341904 |

**2007 1099-MISC, MISCELLANEOUS INCOME** OMB# 1545-0115

| BOX 1 RENTS | BOX 3 OTHER INCOME | BOX 4 FEDERAL INCOME TAX WITHHELD | BOX 6 MEDICAL AND HEALTH CARE PAYMENTS | BOX 7 NONEMPLOYEE COMPENSATION | BOX 16 STATE TAX WITHHELD |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $67,995.00 | $0.00 | $0.00 |

# ACCOUNT/CONTRACT NUMBER: 10026355
FOR QUESTIONS CALL: 1-866-848-2225
**BOX 17 STATE/PAYER'S STATE NUMBER:** MI/ME0100788

*1099-MISC CAN REPORT: MEDICAL SERVICES; ADDITIONAL INCOME PAID FOR: CUSTOMER SETTLEMENTS, SERVICES (RENT, JANITORIAL, BUILDING MANAGEMENT, ETC.); COMMISSIONS NOT INCLUDED ON W-2; OTHER*

**Please Note:** # INDICATES YOUR ACCOUNT, POLICY OR CONTRACT NUMBER.
REISSUED STATEMENT

1099INT, 1099MISC:
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.
1099-MISC: The information in Boxes 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 is being furnished to the Internal Revenue Service.

**CONFIDENTIAL**

**DSUPP 000005**

## TAX STATEMENT: COPY B FOR RECIPIENT/PARTICIPANT

PRUDENTIAL INSURANCE CO OF AMERICA
GROUP INSURANCE - PREMIUM ACCOUNTING
PO BOX 70180
PHILADELPHIA, PA 19176

03/18/10    X075087  X075087    188   W9D

Department of the Treasury - Internal Revenue Service

| PAYER'S FEDERAL I.D. NO. |
|---|
| 22-1211670 |

MLS NATIONAL MEDICAL EVALUATIONS, INC.
29792 TELEGRAPH ROAD
SOUTHFIELD MI 48034

| RECIPIENTS IDENTIFICATION NUMBER |
|---|
| 38-3341904 |

2007 1099-MISC  MISCELLANEOUS INCOME  OMB# 1545-0115

| BOX 1 RENTS | BOX 3 OTHER INCOME | BOX 4 FEDERAL INCOME TAX WITHHELD | BOX 6 MEDICAL AND HEALTH CARE PAYMENTS | BOX 7 NONEMPLOYEE COMPENSATION | BOX 16 STATE TAX WITHHELD |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $2,610.00 | $0.00 | $0.00 |

# ACCOUNT/CONTRACT NUMBER:  10028380
FOR QUESTIONS CALL:  1-866-648-2226
BOX 17 STATE/PAYER'S STATE NUMBER:  MI/ME0100788

*1099-MISC CAN REPORT: MEDICAL SERVICES; ADDITIONAL INCOME PAID FOR CUSTOMER SETTLEMENTS; SERVICES (RENT, JANITORIAL, BUILDING MANAGEMENT, ETC.); COMMISSIONS NOT INCLUDED ON W-2; OTHER*

Please Note:   # INDICATES YOUR ACCOUNT, POLICY OR CONTRACT NUMBER.
REISSUED STATEMENT

1099INT; 1099MISC:
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.
Form 5498: The information in Boxes 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 is being furnished to the Internal Revenue Service.

CONFIDENTIAL

## TAX STATEMENT: COPY B FOR RECIPIENT/PARTICIPANT

03/18/10    X075087    X075087    186    DNM

PRUDENTIAL INSURANCE CO OF AMERICA
GROUP INSURANCE - PREMIUM ACCOUNTING
PO BOX 70190
PHILADELPHIA, PA 19176

Department of the Treasury - Internal Revenue Service

PAYER'S FEDERAL I.D. NO.

22-1211670

MLS NATIONAL MEDICAL EVALUATIONS, INC.
25792 TELEGRAPH ROAD
SOUTHFIELD MI 48034

RECIPIENT'S IDENTIFICATION NUMBER

38-3341904

2007 1099-MISC, MISCELLANEOUS INCOME  OMB# 1545-0115

| BOX 1 RENTS | BOX 3 OTHER INCOME | BOX 4 FEDERAL INCOME TAX WITHHELD | BOX 6 MEDICAL AND HEALTH CARE PAYMENTS | BOX 7 NONEMPLOYEE COMPENSATION | BOX 16 STATE TAX WITHHELD |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $29,454.00 | $0.00 | $0.00 |

# ACCOUNT/CONTRACT NUMBER: 10028431
FOR QUESTIONS CALL: 1-866-848-2225
BOX 17 STATE/PAYER'S STATE NUMBER: MI/ME0100768

1099-MISC CAN REPORT: MEDICAL SERVICES; ADDITIONAL INCOME PAID FOR CUSTOMER SETTLEMENTS, SERVICES (RENT,
JANITORIAL, BUILDING MANAGEMENT, ETC.); COMMISSIONS NOT INCLUDED ON W-2; OTHER

Please Note:    # INDICATES YOUR ACCOUNT, POLICY OR CONTRACT NUMBER.
REISSUED STATEMENT

1099INT; 1099MISC:
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if
this income is taxable and the IRS determines that it has not been reported.
FORM 5498: The information in Boxes 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 is being furnished to the Internal Revenue Service.

CONFIDENTIAL

## TAX STATEMENT: COPY B FOR RECIPIENT/PARTICIPANT

PRUDENTIAL INSURANCE CO OF AMERICA
GROUP INSURANCE - PREMIUM ACCOUNTING
PO BOX 70190
PHILADELPHIA, PA 19176

03/18/10    X075087    X075087    186    W8D

Department of the Treasury - Internal Revenue Service

PAYER'S FEDERAL I.D. NO.

22-1211670

MLS NATIONAL MEDICAL EVALUATION SERVICES
29792 TELEGRAPH RD
SOUTHFIELD MI 48034

RECIPIENTS IDENTIFICATION NUMBER

38-3341904

2007 1099-MISC, MISCELLANEOUS INCOME  OMB# 1545-0115

| BOX 1 RENTS | BOX 3 OTHER INCOME | BOX 4 FEDERAL INCOME TAX WITHHELD | BOX 6 MEDICAL AND HEALTH CARE PAYMENTS | BOX 7 NONEMPLOYEE COMPENSATION | BOX 16 STATE TAX WITHHELD |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $1,190.00 | $0.00 |

# ACCOUNT/CONTRACT NUMBER:  10033084
FOR QUESTIONS CALL:  1-866-648-2225
BOX 17 STATE/PAYER'S STATE NUMBER:  MI/ME0100768

*1099-MISC CAN REPORT: MEDICAL SERVICES; ADDITIONAL INCOME PAID FOR: CUSTOMER SETTLEMENTS, SERVICES (RENT, JANITORIAL, BUILDING MANAGEMENT, ETC.); COMMISSIONS NOT INCLUDED  ON W-2; OTHER*

**Please Note:**    # INDICATES YOUR ACCOUNT, POLICY OR CONTRACT NUMBER.
REISSUED STATEMENT

1099INT; 1099MISC:
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.
1099MISC498: The information in Boxes 1, 2, 5, 4, 5, 6, 7, 8, 9, and 10 is being furnished to the Internal Revenue Service.

CONFIDENTIAL