# INVOICE

**FIRST**Advantage
Investigative Services

**Date:** 02/01/2008

**Order #:** OMD-N159613-A

**Federal Tax ID#:** 59-3399359

**Invoice#:** 158033

Toll Free Office: 888-898-0080
Toll Free Fax:  800-898-6442
www.FADV.com

**Bill To:**
Matrix Absence Management Division
7 Skyline Drive Suite 275
Hawthorne, NY 10532

**Attention:** Kora Tucci
**Terms:** Net 10
**File #:** 159613

**Remit To:**
First Advantage Investigative Services
Post Office Box 404794
Atlanta, GA 30384-4794

**Regarding:** Brian Anderson
**SSN:** XXX-XX-8161
**Injury Date:** 3/19/07

**Date(s) of Service:**
01/21/2008, 01/25/2008, 01/31/2008,

| Description | Qty | | Price | Amount |
|---|---|---|---|---|
| * Surveillance - 8 Hour Day | 2.00 | DAY | $ 600.00 | $ 1,200.00 |
| * Fuel Surcharge | 3.00 | Each | $ 30.00 | $ 90.00 |
| * Preliminary Investigation | 1.00 | Each | $ 35.00 | $ 35.00 |

| | |
|---|---|
| Non Taxable Amount: | $ 0.00 |
| Taxable Amount: | $ 1,325.00 |
| Sales Tax: | $ 97.72 |
| Total Invoice: | $ 1,422.72 |

*pd CHS off*
*2/08/09*
*1,422.72*

*2007 - 170*
*022*



- Americas
- EMEA
- Asia Pacific

Search



*Talent Acquisition Solutions*

- Home
- Solutions
- News & Events
- Company
- Careers
- Resource Center
- Contact

- Full Spectrum Solutions
- Candidate Sourcing
- Applicant Tracking
- Screening & Assessment
- Post-Hire

- Executive Management
- Investor Relations
- Locations

# Company

First Advantage, a talent acquisition solutions provider, offers companies around the globe solutions to improve their decision making and process for talent acquisition across the employment continuum. Custom tailored for each client, its solutions address recruiting, applicant tracking, screening and assessment, on-boarding, hiring tax credits and re-screening, among others.

As employers tackle the challenges of finding, hiring and retaining the right employees faster, more productively and less expensively than in the past, they turn to First Advantage for integrated solutions.

First Advantage supports thousands of clients globally, including hundreds of Fortune 1000® companies, by providing integrated, single-source solutions that feature quality products and business practices, configurable technology, helpful compliance and managed services, and highly responsive client support.

First Advantage is a wholly owned subsidiary of CoreLogic (NYSE: CLGX), a leading provider of consumer, financial and property information, analytics and services to business and government. The

company combines public, contributory and proprietary data to develop predictive decision analytics and provide business services that bring dynamic insight and transparency to the markets it serves. CoreLogic has built the largest and most comprehensive U.S. real estate, mortgage application, fraud, and loan performance databases and is a recognized leading provider of mortgage and automotive credit reporting, property tax, valuation, flood determination, and geospatial analytics and services. More than one million users rely on CoreLogic to assess risk, support underwriting, investment and marketing decisions, prevent fraud, and improve business performance in their daily operations. Formerly the information solutions group of The First American Corporation, CoreLogic began trading under the ticker CLGX on the NYSE on June 2, 2010. The company, headquartered in Santa Ana, Calif., has more than 10,000 employees globally with 2009 revenues of $2 billion. For more information visit www.corelogic.com.



**Valerie Osinski**
Senior Vice President
Client Services and Operations
First Advantage

## Solutions Simplified

You no longer need to contract with separate service providers, manage multiple sources of data and reconcile the elements in the recruitment-hiring-retention process.

Learn How



Copyright © 2010, First Advantage. All Rights Reserved.

Privacy Policy | Site Map | Pay Bill

 **We've Changed**
First Advantage CREDCO, First Advantage SafeRent, First Advantage ADR, First Advantage Membership Services, and Teletrack are now CoreLogic. Visit www.CoreLogic.com for more information.
CoreLogic

## Our Company

Launched from The First American Corporation, CoreLogic combines the leading providers of financial, property and consumer information, analytics and business intelligence into one dynamic new company. Working with us, you can gain the perspective necessary to identify, understand and take decisive action.

It starts with our proprietary information and expertise—billions of pieces of public and private sector data plus the sharp minds of more than 10,000 dedicated employees. Leveraging these resources, we're able to deliver world-class products, services and solutions to fit your specific business needs. Our resources include:


Watch the CoreLogic Overview video

- **Dynamic Information**
  We maintain the most comprehensive business database in the U.S., with continuously updated data from more than 3.6 billion public documents, over 500 million transactions and 70 million mortgage applications—just to name a few
- **Advanced Analytics**
  Our proprietary analytics algorithms and predictive modeling capabilities enable us to analyze information on multiple levels, helping our clients make informed decisions that yield extraordinary competitive results
- **Unique Insights**
  Working with over 40,000 clients in the public and private sectors has given us a vast storehouse of real-world experience to draw upon in helping you create effective solutions that target your unique needs

CoreLogic can help you assess issues from every angle. As one of the leading providers of business information and services, we can combine a deep knowledge of the industries we serve with proven expertise in multidimensional data analysis and business process management. From aggregating, synthesizing and standardizing data to high-speed automated reporting, custom analytics and high-touch consulting, we can provide everything you need.

No matter what your industry, success in the current business environment means reducing risk and improving performance. Our industry-specific data, analytics, services and consulting help companies succeed in many industries, including mortgage, real estate, capital markets, insurance, government, automotive, legal, telecom, utilities and title. Partnering with us gives you access to information, expertise and collaborative services unique to your needs:

- **Comprehensive Data**
  Our data library combines property and mortgage information; legal, parcel and geospatial data; motor vehicle records; criminal background records; national coverage eviction information; payday lending records; credit information; and tax records. Our platforms support a constantly changing regulatory environment
- **Expert Analysis**
  As a leading provider of predictive decision analytics products and services, we have made significant investments in human capital—our PhD-level economists, computer scientists, geospatial scientists, technologists, behaviorists and networking experts continually update and refine the science behind our algorithms
- **Innovative Services**
  We're building distinctive business services around information analysis. Our expanding portfolio gives clients new tools for approaching critical decisions—with enhanced transparency on multidimensional business problems
- **Collaborative Consulting**
  We partner closely with our clients to create custom solutions, tailored to their individual needs. Our professional services and information and analytics products fit each client's unique workflow to produce the insights needed to stay ahead

We understand—the world is in an unusual, highly unpredictable state of flux. To survive and prosper, you need an unprecedented wealth of resources and operational flexibility. We can provide the immediate or developmental solutions you need to anticipate change, meet your most complex challenges and achieve ongoing, profitable success.

To view more information, please click the link below:

- About CoreLogic

Roll over video below and click play button to start video.



Copyright © 2010 CoreLogic All rights reserved.